IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | Case No. 3:15MJ00296 |
| | : | |
| -vs- | : | Chief Magistrate Judge Sharon L. Ovington |
| ANDRIE LAMARR SCOTT, | : | |
| Defendant. | : | |

## BINDOVER ORDER

This matter was set for preliminary examination on September 10, 2015. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

September 15, 2015                                       s/ Sharon L. Ovington
                                                                        Sharon L. Ovington
                                                          Chief United States Magistrate Judge